AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

Richard Baird,

                          *Plaintiff,*

v.                                          Case No. 2:24–cv–11205–TGB–KGA  
                                          Hon. Terrence G. Berg

Dana M Nessel, et al.,

                          *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Dana M Nessel

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

        Michael B. Rizik Jr.  
        9400 S. Saginaw St., Ste. E  
        Grand Blanc, MI  
        48439

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*         By:   s/ D. Peruski  
                                                                 *Signature of Clerk or Deputy Clerk*



                                                                            Date of Issuance:  May 7, 2024

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:24–cv–11205–TGB–KGA

This summons for *(name of individual and title, if any)* __Dana M. Nessel__
was received by me on *(date)* __5/08/2024__

[ ]  I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[X]  I served the summons on *(name of individual)* __R. Bozzo__ , who is designated by law to accept service of process on behalf of *(name of organization)* __Dana M. Nessel__ __via FedEx Priority Overnight delivery__ on (date) __5/09/2024 at 11:45 a.m.__ ; or

[ ]  I returned the summons unexecuted because _____ ; or

[ ]  Other: *(specify)*: _____

My fees are $ __0.00__ for travel and $ __25.95__ for services, for a total of $ __25.95__ .

I declare under the penalty of perjury that this information is true.

Date: __5/09/2024__

/s/ Michael B. Rizik, Jr.
*Server's Signature*
Attorney Michael B. Rizik, Jr. (P33431)
*Printed Name and Title*
9400 S. Saginaw St., Ste. E, Grand Blanc, MI 48439
*Server's address*

Additional information regarding attempted service, etc.:

**FedEx**

May 09, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 776294112570

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | R.BOZZO | Delivery Location: | 525 W OTTAWA ST |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | LANSING, MI, 48909 |
| | | Delivery date: | May 9, 2024 11:45 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 776294112570 | Ship Date: | May 8, 2024 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
Dana M. Nessel, Michigan Dept. Attorney General
525 W. Ottawa St.
P.O. Box 30212
LANSING, MI, US, 48909

Shipper:
Michael B. Rizik, Jr., Rizik & Rizik
9400 S. Saginaw Street
Suite E
Grand Blanc, MI, US, 48439

Reference     11207-1



Thank you for choosing FedEx

 

FedEx® Tracking

  

**DELIVERED**

# Thursday

5/9/24 at 11:45 AM

Signed for by: R.BOZZO

⤓ Obtain proof of delivery

How was your delivery?



**DELIVERY STATUS**

Delivered ✓

 Report missing package

**TRACKING ID**

776294112570  ✏️ ☆ 📋

**FROM**
Grand Blanc, MI US
*Label Created*
5/8/24 1:08 PM

FLINT, MI
5/8/24 2:52 PM

**ON THE WAY**
LANSING, MI
5/9/24 8:17 AM

**OUT FOR DELIVERY**
LANSING, MI
5/9/24 8:31 AM

**DELIVERED**
LANSING, MI US
*Delivered*
5/9/24 at 11:45 AM

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!



MORE OPTIONS

## Shipment facts

###  Shipment overview

**TRACKING NUMBER**   776294112570

**DELIVERED TO**   Mailroom

**SHIP DATE**   5/8/24

**STANDARD TRANSIT**   5/9/24 before 10:30 AM

**DELIVERED**   5/9/24 at 11:45 AM

### Services

**SERVICE**   FedEx Priority Overnight

**TERMS**   Shipper

**SPECIAL HANDLING SECTION**   Deliver Weekday

###  Package details

**WEIGHT**   0.5 lbs / 0.23 kgs

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   0.5 lbs / 0.23 kgs

**PACKAGING**   FedEx Envelope

↑ Back to to

## Travel history

Ascending

Local Scan Time



FedEx.

- 1:58 PM
  Shipment information sent to FedEx

- 2:52 PM
  Picked up
  FLINT, MI

- 2:53 PM
  Shipment arriving On-Time
  FLINT, MI

- 7:30 PM
  Left FedEx origin facility
  FLINT, MI

Thursday, 5/9/24

- 2:52 AM
  At destination sort facility
  GRAND RAPIDS, MI

- 8:17 AM
  At local FedEx facility
  LANSING, MI

- 8:31 AM
  On FedEx vehicle for delivery
  LANSING, MI

- 11:45 AM
  Delivered
  LANSING, MI

↑ Back to to



All (0)

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner