UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD L. BAIRD,

    Plaintiff,

v

DANA M. NESSEL, FADWA A. HAMMOUD and KYM L. WORTHY,

    Defendants.

No. 2:24-cv-11205

HON. TERRENCE G. BERG

MAG. KIMBERLY G. ALTMAN

**STIPULATED ORDER EXTENDING FIRST RESPONSE DATES**

_____/

| | |
|---|---|
| Michael B. Rizik, Jr. (P33431) | Kyla Barranco (P81082) |
| Attorney for Plaintiff | Attorney for Defendant Nessel |
| 9400 S. Saginaw St., Ste. E | Assistant Solicitor General |
| Grand Blanc, Michigan 48439 | MI Dept of Attorney General |
| 810.953-6000 | P.O. Box 30212 |
| 810.610.2673 (cell) | Lansing, Michigan 48909 |
| lawyers@riziklaw.com | 517.335.7628 |
| autumn@riziklaw.com | barrancok@michigan.gov |
| | |
| Mark E. Donnelly (P39281) | Joshua S. Smith (P63349) |
| Attorney for Defendant Nessel | Kristin M. Southerland (P64353) |
| Special Assistant Attorney General | Attorneys for Defendants |
| MI Dept of Attorney General |     Hammoud & Worthy |
| P.O. Box 30754 | Assistant Attorneys General |
| Lansing, Michigan 48909 | MI Dept of Attorney General |
| 517.335.7573 | P.O. Box 30217 |
| donnellym@michigan.gov | Lansing, Michigan 48909 |
| | 517.335.3055 |
| | Smithj191@michigan.gov |
| | southerlandk@michigan.gov |

_____/

1

## STIPULATED ORDER EXTENDING FIRST RESPONSE DATES

Plaintiff Richard L. Baird and Defendants Dana M. Nessel, Fadwa A. Hammoud and Kym L. Worthy stipulate and agree to extend the time for Defendants to respond to Plaintiff's complaint as follows:

Defendants will file a response to Plaintiff's complaint on or before June 28, 2024.


*s/Michael B. Rizik, Jr. (w/consent)*  Dated: May 21, 2024
Michael B. Rizik, Jr. (P33431)
Attorney for Plaintiff
9400 S. Saginaw St., Ste. E
Grand Blanc, Michigan 48439
810.953-6000
810.610.2673 (cell)
lawyers@riziklaw.com
autumn@riziklaw.com

*s/Mark E. Donnelly*  Dated: May 21, 2024
Mark E. Donnelly (P39281)
Attorney for Defendant Nessel
Special Assistant Attorney General
MI Dept of Attorney General
P.O. Box 30754
Lansing, Michigan 48909
517.335.7573
donnellym@michigan.gov

| | |
|---|---|
| *s/Joshua S. Smith (w/consent)* | Dated: May 21, 2024 |

Joshua S. Smith (P63349)
Attorney for Defendants Hammoud & Worthy
Assistant Attorney General
MI Dept of Attorney General
P.O. Box 30217
Lansing, Michigan 48909
517.335.3055
Smithj191@michigan.gov

## ORDER

The parties having stipulated to extend dates as follows:

Defendants shall file a response to Plaintiff's complaint on or before June 28, 2024.

IT IS SO ORDERED.

                                                                          s/Terrence G. Berg
                                                                          HON. TERRENCE G. BERG
                                                                          United States District Judge

Dated: May 31, 2024