# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF MICHIGAN

**************************************************************************

RICHARD L. BAIRD,

    Plaintiff,

v

DANA M. NESSEL, FADWA A. HAMMOUD, and KYM L. WORTHY,

    Defendants.

_____/

Case No.: 4:24-cv-11205-TGB-KGA

Judge: Terrance G. Berg

Magistrate Judge: Kimberly G. Altman

**42 USC 1983**

Rizik & Rizik
By: Michael B. Rizik Jr. (P33431)
Attorney for Plaintiff
9400 S. Saginaw St., Ste. E
Grand Blanc, MI 48439
Phone: (810) 953-6000 (Fax: 6005)
Cell: (810) 610-2673
Email: lawyers@riziklaw.com
       autumn@riziklaw.com

Kyla Barranco (P81082)
Attorney for Defendant Nessel
Assistant Solicitor General
MI Dept. of Attorney General
P.O. Box 30212
Lansing, MI 48909
Phone: (517) 335-7628
Email: barrancok@michigan.gov

Mark E. Donnelly (P39281)
Attorney for Defendant Nessel
Special Assistant Attorney General
MI Dept. of Attorney General
P.O. Box 30754
Lansing, MI 48909
Phone: (517) 335-7573 (Fax: 7578)
Email: donnellym@michigan.gov

Joshua S. Smith (P63349)
Kristin M. Southerland (P64353)
Attorneys for Defs Hammoud and Worthy
Assistant Attorneys General
MI Dept. of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI 48909
Phone: (517) 335-3055
Email: smithj191@michigan.gov
       southerlandk@michigan.gov

_____/

## STIPULATED ORDER EXTENDING RESPONSE DATES TO DEFENDANTS' MOTIONS TO DISMISS

    Pursuant to this agreement, the parties, as evidenced by their attorneys' signatures below, stipulate that Plaintiff's time to answer Defendants' Motions to Dismiss is extended until August

22, 2024.

Further, it is agreed that Plaintiff will not seek additional time after August 22, 2024, to answer Defendants' Motions to Dismiss.

Dated: July 8, 2024

*/s/ Michael B. Rizik, Jr.*
Michael B. Rizik Jr. (P33431)
Attorney for Plaintiff
9400 S. Saginaw St., Ste. E
Grand Blanc, MI 48439
Phone: (810) 953-6000 (Fax: 6005)
Cell: (810) 610-2673
lawyers@riziklaw.com
autumn@riziklaw.com

Dated: July 8, 2024

***/s/ Mark E. Donnelly (with permission)***
Mark E. Donnelly (P39281)
Attorney for Defendant Nessel
Special Assistant Attorney General
MI Dept. of Attorney General
P.O. Box 30754
Lansing, MI  48909
Phone: (517) 335-7573 (Fax: 7578)
donnellym@michigan.gov

Dated: July 8, 2024

***/s/ Joshua S. Smith (with permission)***
Joshua S. Smith (P63349)
Kristin M. Southerland (P64353)
Attorneys for Defs Hammoud and Worthy
Assistant Attorneys General
MI Dept. of Attorney General
P.O. Box 30217
Lansing, MI 48909
Phone: (517) 335-3055
smithj191@michigan.gov
southerlandk@michigan.gov

## **ORDER**

The parties have stipulated to extend dates under the following terms and conditions:

The Plaintiff will file responses to Defendants' Motions to Dismiss on or before AUGUST 22, 2024. Further, the Plaintiff will not seek additional time after August 22, 2024, to file responses to Defendants' Motions to Dismiss.

**IT IS SO ORDERED.**

Dated: July 9, 2024                                              s/Terrence G. Berg_____
                                                                         Hon. Terrence G. Berg
                                                                         United States District Judge