UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD L. BAIRD,<br><br>     Plaintiff,<br><br>v.<br><br>DANA M. NESSEL, et al.,<br><br>     Defendants. | Case No. 24-11205<br><br>Honorable Robert J. White |

**STIPULATED ORDER TO EXCEED PAGE LIMIT**

By agreement of the parties, as evidenced by their attorneys' signatures below, the Plaintiff is granted permission to exceed the page limit for filing a Response Brief, with a maximum length of 35 pages.

Additionally, the parties agree that Defendants have until September 19, 2024, to reply to Plaintiff's Responses to their Motions to Dismiss.

Finally, the parties agree that the Defendants may exceed the page limit for their Reply Briefs, with Defendant Nessel's Reply Brief not exceeding 15 pages, and the Reply Brief for Defendants Worthy and Hammoud also not exceeding 15 pages.

**SO ORDERED.**

Dated: August 21, 2024　　　　　　　　　s/Robert J. White
　　　　　　　　　　　　　　　　　　　　Robert J. White
　　　　　　　　　　　　　　　　　　　　United States District Judge

**STIPULATED TO:**

Dated: August 15, 2024                 */s/ Michael B. Rizik, Jr.*
                                       Michael B. Rizik Jr. (P33431)
                                       Attorney for Plaintiff

Dated: August 15, 2024                 */s/ Michael W. Edmunds*
                                       Michael W. Edmunds (P55748)
                                       Co-counsel for Plaintiff

Dated: August 15, 2024                 */s/ Mark E. Donnelly*
                                       Mark E. Donnelly (P39281)
                                       Attorney for Defendant Nessel

Dated: August 15, 2024                 */s/ Joshua S. Smith*
                                       Joshua S. Smith (P63349)
                                       Kristin M. Southerland (P64353)
                                       Attorneys for Defs Hammoud &Worthy