**Date:** Tuesday, June 8 2021 08:36 AM

**Subject:** *** Media Clips  6/7/2021 – 6/8/2021 ***

**From:** Passmore, Quinn (AG)

**To:** Albers, Mitchell (AG) <AlbersM1@michigan.gov>; Allen, Christopher (AG) <AllenC28@michigan.gov>; Barron, Katharyn (AG) <BarronK@michigan.gov>; Bartindale, Margaret (AG) <BartindaleM@michigan.gov>; Booth, Joshua O. (AG) <BoothJ2@michigan.gov>; Bruinsma, Cheri (PACC) <BruinsmaC@michigan.gov>; Brya, Michelle (AG) <BryaM@michigan.gov>; Canfield, Chad (AG) <CanfieldC@michigan.gov>; Cezil, Veneshia (AG) <CezilV@michigan.gov>; Covington, Courtney (AG) <CovingtonC2@michigan.gov>; Edgerson, Mia (AG) <EdgersonM@michigan.gov>; Fabus, Thomas (AG) <FabusT1@michigan.gov>; Frankel, Robyn (AG) <FrankelR@michigan.gov>; Geminick, Lisa (AG) <GeminickL@michigan.gov>; Gleeson, Kathleen (AG) <GleesonK@michigan.gov>; Grace, Stephanie (AG) <GraceS@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>; Gustafson, Holly (AG) <GustafsonH@michigan.gov>; Hagaman-Clark, Danielle (AG) <HagamanClarkD@michigan.gov>; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>; Harps, Kimberly (AG) <HarpsK@michigan.gov>; Harris, Toni (AG) <HarrisT19@michigan.gov>; Hughey, Steven (AG) <hugheys@michigan.gov>; Jason, Molly (AG) <JasonM@michigan.gov>; Jenson, Melissa (AG) <JensonM1@michigan.gov>; King-Piepenbrok, Pier (AG) <KingP1@michigan.gov>; Long, James (AG) <LongJ@michigan.gov>; Manning, Peter (AG) <ManningP@michigan.gov>; McCann, Amber (AG) <McCannA@michigan.gov>; McGehee, Donald (AG) <mcgeheed1@michigan.gov>; McGivney, Jessica (AG) <McGivneyJ@michigan.gov>; Meingast, Heather (AG) <MeingastH@michigan.gov>; Moody, Michael (AG) <moodym2@michigan.gov>; Morton, Bradley (AG) <MortonB@michigan.gov>; Mukomel, Lynsey (AG) <MukomelL@michigan.gov>; Nessel, Dana (AG) ███████████████████; Potchen, Joseph (AG) <PotchenJ@michigan.gov>; Reichel, Robert (AG) <ReichelB@michigan.gov>; Restuccia, Eric (AG) <RestucciaE@michigan.gov>; Robinson, Ron (AG) <RobinsonR11@michigan.gov>; Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>; Selleck, James (AG) <SelleckJ1@michigan.gov>; Seppala, Mary Beth (AG) <SeppalaM@michigan.gov>; Tanay, David (AG) <TanayD@michigan.gov>; Taylor, Debbie (AG) <TaylorD8@michigan.gov>; Teszlewicz, Barbara (AG) <teszlewiczb@michigan.gov>; Teter, Scott (AG) <TeterS@michigan.gov >; VanDeventer, John (AG) <VandeventerJ@michigan.gov >; Witters, Emily (AG) <WittersE@michigan.gov>;

Hello Team –

Today's media clips report includes stories that mention our cases and/or quote our staff.

* **Access to some of the stories in the Media Clips may require a subscription to that news outlet. AG Media Clips has no control over the terms and conditions other news outlets set to access their content.**
  **If you need access to a particular paywall article, please let the sender of this email know.**

We do our best to catch errors in reporting but if you notice a reporter has made a factual error, please reach out to Courtney or Kelly so they may address the error with the reporter. We encourage you to share these on your social media platforms.

Thank you,
Quinn Passmore
Administrative Assistant
Michigan Department of Attorney General
Office of Public Information and Education
517-614-7820
passmoreq1@michigan.gov

**Baird Exhibit**

**4**

**\*\*\* Media Clips  6/7/2021 – 6/8/2021 \*\*\***

**Michigan Attorney General Dana Nessel's Facebook page – Check it out <u>daily</u> for up-to-date information!!!**
* https://www.facebook.com/MIAttorneyGeneral/

**Adopt and Amend**

- https://www.fox17online.com/news/local- news/michigan/ag-nessel-says-shes-not-the-proper-defendant-in-lawsuit-taking-aim-at-adopt-and-amend
- https://wbckfm.com/ag- nessel-bows-out-of-minimum-wage-lawsuit/
- Gongwer News Service - Michigan

DTE

- https://www.fox17online.com/news/local- news/michigan/ag-nessel-wants-to-significantly-reduce-dtes-requested-rate-hike
- https://www.detroitnews.com/story/business/2021/06/07/nessel- dte-gas-rate-increase-request/7588261002/
- https://www.wlns.com/news/ag- nessel-intervenes-to-reduce-dte-gas-rate-increase-request-by-90/
- https://www.abc12.com/2021/06/07/michigan- attorney-general-seeks-90-reduction-dte-natural-gas-increase/
- https://www.radioresultsnetwork.com/2021/06/07/nessel- objects-to-dte-energys-natural-gas-rate-increases/
- https://www.wilx.com/2021/06/07/ag- nessel-seeking-reduce-dte-gas-requested-rate-hike-by-90/
- https://www.wnem.com/news/nessel- advocates-for-neutral-gas-to-remain-affordable/article_ce1dabd4-c7c5-11eb-8848-f73693799d22.html?block_id=994426
- https://flipboard.com/topic/kalamazoo/nessel- wants-dte-s-90-rate-increase-to-be-cut/a--7yP-ttwQgm5ef3ef0NOgQ%3Aa%3A2429204041- 8e41f1ecd6%2Fpatch.com
- Gongwer News Service - Michigan
- https://www.wzzm13.com/article/news/early- morning-rush-tuesday-june-8/69-dad21a1d-f1b3-4c46-acb2-863298a958b4

Home Improvement Scammers

- https://patch.com/michigan/detroit/beware- home-improvement-scammers-michigan-attorney-general
- https://wtvbam.com/2021/06/07/ag- nessel-warns-residents-of-home-improvement-scams/
- https://wwmt.com/news/state/michigan- attorney-general-reminds-residents-to-research-home-improvement-offers
- https://michimich.com/minews/ag- nessel-reminds-michiganders-to-research-home-improvement-offers-michimich-10122804

Flint Water

- https://michiganrisingaction.org/2021/06/07/michigan- rising-action-demands-nessel-cease-politicizing-the-attorney-generals-office-over-flint-water-probe/
- https://www.wsws.org/en/articles/2021/06/08/flin- j08.html

Ypsilanti Crematorium

- https://www.clickondetroit.com/all- about-ann-arbor/2021/06/07/michigan- ag-to-investigate-complaints-on-mishandling-of-human-remains-by-ypsilanti-crematory/

Criminal Justice Reform

- https://wdet.org/posts/2021/06/07/91055- despite-bipartisan-support-michigan-lawmakers-balk-at-funding-criminal-justice-initiatives/

Ron Weiser

- https://www.wgvunews.org/post/u- michigan-won-t-drop-gop-donor-s-name-over-witches-remark

Forensic Audit

- https://www.bakersfield.com/ap/national/michigan- gop-official-party-focused-on-next-election-not-audit/article_7071907f- ccb3-556b-bee8-7d2803af3e0b.html

Quinn D. Passmore
Administrative Assistant
Office of Public Information and Education
Michigan Department of Attorney General Dana Nessel
passmoreq1@michigan.gov
517-614-7820 cell

Date:     Tuesday, March 16 2021 12:05 PM
Subject:  RE: Response to Flint/Runestad Q
From:     Rossman-McKinney, Kelly (AG)

          Nessel, Dana (AG) ███████████████████; Grossi, Christina (AG) <GrossiC@michigan.gov
To:       >; McCann, Amber (AG) <McCannA@michigan.gov >; Hammoud, Fadwa (AG)
          <HammoudF1@michigan.gov >;

Whew!  Sending it out to the Free Press, which asked for this yesterday.

**From:** Nessel, Dana (AG) ████████████████████
**Sent:** Tuesday, March 16, 2021 12:04 PM
**To:** Grossi, Christina (AG) <GrossiC@michigan.gov >; Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >;
McCann, Amber (AG) <McCannA@michigan.gov>; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Subject:** Re: Response to Flint/Runestad Q

Loos good. 👍

**From:** Grossi, Christina (AG) <GrossiC@michigan.gov >
**Sent:** Tuesday, March 16, 2021 12:03:37 PM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >; McCann, Amber (AG) <McCannA@michigan.gov >;
Nessel, Dana (AG) ████████████  Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Subject:** RE: Response to Flint/Runestad Q

Has the FREEP asked or are we just sending this? ████████████████████████████
████████████████████████████████  The AG just talked at length about it during her
budget hearing.

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >
**Sent:** Tuesday, March 16, 2021 10:19 AM
**To:** McCann, Amber (AG) <McCannA@michigan.gov >; Nessel, Dana (AG) ████████████████████ Grossi, Christina (AG) <
GrossiC@michigan.gov>; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Subject:** RE: Response to Flint/Runestad Q
**Importance:** High

I will send this to the Freep as soon as we get sign off on this from the AG. Thanks!

**From:** McCann, Amber (AG) <McCannA@michigan.gov >
**Sent:** Tuesday, March 16, 2021 10:03 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >; Nessel, Dana (AG) <███████████████████
Grossi, Christina (AG) <GrossiC@michigan.gov >; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Subject:** RE: Response to Flint/Runestad Q

How about this?

"The process for establishing criminal wrongdoing is the same for everyone in our state, regardless of their position. In the
case of Flint, the prosecution team established probable cause in order to obtain and review millions of documents before
indictments were issued based on existing Michigan laws.

In the case of Sen. Runestad's request, simply suggesting or suspecting there was criminal wrongdoing isn't sufficient.
Criminal investigations are initiated when there is cause to believe that crimes were committed. We would – and we will, if
appropriate – initiate a criminal investigation when there is cause to believe crimes were committed."

Amber McCann
Special Projects Director
Michigan Department of Attorney General
Office of Public Information & Education
Ph. 517-281-6676 (cell)

---

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >
**Sent:** Tuesday, March 16, 2021 9:54 AM
**To:** Nessel, Dana (AG) ████████████; McCann, Amber (AG) <McCannA@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Subject:** RE: Response to Flint/Runestad Q

████████████████████████████████████████████

**From:** Nessel, Dana (AG)████████████
**Sent:** Tuesday, March 16, 2021 9:49 AM
**To:** McCann, Amber (AG) <McCannA@michigan.gov>; Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >;
Grossi, Christina (AG) <GrossiC@michigan.gov>; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Subject:** Re: Response to Flint/Runestad Q

████████████████████████████████████████████

**From:** McCann, Amber (AG) <McCannA@michigan.gov >
**Sent:** Tuesday, March 16, 2021 9:31:02 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >; Grossi, Christina (AG) <GrossiC@michigan.gov >;
Nessel, Dana (AG) <████████████; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Subject:** RE: Response to Flint/Runestad Q

The clean suggestion below:

████████████████████████████████████████████

Amber McCann
Special Projects Director
Michigan Department of Attorney General
Office of Public Information & Education
Ph. 517-281-6676 (cell)

---

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >
**Sent:** Tuesday, March 16, 2021 9:30 AM
**To:** Grossi, Christina (AG) <GrossiC@michigan.gov>; Nessel, Dana (AG) ████████████; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Cc:** McCann, Amber (AG) <McCannA@michigan.gov >
**Subject:** RE: Response to Flint/Runestad Q

████████████████████████████████████████████

---

**From:** Grossi, Christina (AG) <GrossiC@michigan.gov >

**Sent:** Tuesday, March 16, 2021 9:29 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>; Nessel, Dana (AG) <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>
**Cc:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** Re: Response to Flint/Runestad Q

████████████████████████████████████████████████████████████

---

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:27:35 AM
**To:** Nessel, Dana (AG) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>
**Cc:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** FW: Response to Flint/Runestad Q

~~Amber & I worked on shortening the Flint/Runestad statement down to the response below.~~ ████████████
████████████████████████████████████████████████████████████

Please review and advise as I need to get this to the Freep this morning.  Thanks!

---

**From:** McCann, Amber (AG) <McCannA@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:24 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

I like that.  I think you can shorten the response even further to:

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

Amber McCann
Special Projects Director
Michigan Department of Attorney General
Office of Public Information & Education
Ph. 517-281-6676 (cell)

---

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:12 AM
**To:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

AG, not  AGH.  (fast fingers, slow brain are my downfall!)

---

**From:** Rossman-McKinney, Kelly (AG)
**Sent:** Tuesday, March 16, 2021 9:11 AM

**To:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q



**From:** Rossman-McKinney, Kelly (AG)
**Sent:** Tuesday, March 16, 2021 9:08 AM
**To:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q
**Importance:** High

How about this – a shorter version?

**From:** Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>
**Sent:** Tuesday, March 16, 2021 8:53 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

Christina's edits.

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Sent:** Tuesday, March 16, 2021 8:38 AM
**To:** Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>
**Subject:** Response to Flint/Runestad Q

I didn't get Christina's edits to Fadwa's recommended response.  Happy to discuss.  Thanks!

Date:      Tuesday, March 16 2021 12:17 PM

Subject:   RE: Response to Flint/Runestad Q

From:      McCann, Amber (AG)

To:        Grossi, Christina (AG) <GrossiC@michigan.gov >; Rossman-McKinney, Kelly (AG)
           <RossmanMcKinneyK@michigan.gov >; Nessel, Dana (AG) ██████████████████████;
           Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >;

The Freep requested comment yesterday after hours.

Amber McCann
Special Projects Director
Michigan Department of Attorney General
Office of Public Information & Education
Ph. 517-281-6676 (cell)

**From:** Grossi, Christina (AG) <GrossiC@michigan.gov >
**Sent:** Tuesday, March 16, 2021 12:04 PM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >; McCann, Amber (AG) <McCannA@michigan.gov >;
Nessel, Dana (AG) ██████████████████; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Subject:** RE: Response to Flint/Runestad Q

Has the FREEP asked or are we just sending this? ██████████████████████████

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >
**Sent:** Tuesday, March 16, 2021 10:19 AM
**To:** McCann, Amber (AG) <McCannA@michigan.gov >; Nessel, Dana (AG) ████████████████ Grossi, Christina (AG) <
GrossiC@michigan.gov >; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Subject:** RE: Response to Flint/Runestad Q
**Importance:** High

I will send this to the Freep as soon as we get sign off on this from the AG. Thanks!

**From:** McCann, Amber (AG) <McCannA@michigan.gov >
**Sent:** Tuesday, March 16, 2021 10:03 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >; Nessel, Dana (AG) ████████████████████
Grossi, Christina (AG) <GrossiC@michigan.gov >; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Subject:** RE: Response to Flint/Runestad Q

How about this?

"The process for establishing criminal wrongdoing is the same for everyone in our state, regardless of their position. In the
case of Flint, the prosecution team established probable cause in order to obtain and review millions of documents before
indictments were issued based on existing Michigan laws.

In the case of Sen. Runestad's request, simply suggesting or suspecting there was criminal wrongdoing isn't sufficient.
Criminal investigations are initiated when there is cause to believe that crimes were committed. We would – and we will, if
appropriate – initiate a criminal investigation when there is cause to believe crimes were committed."

Amber McCann
Special Projects Director
Michigan Department of Attorney General

Office of Public Information & Education
Ph. 517-281-6676 (cell)

---

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:54 AM
**To:** Nessel, Dana (AG) <NesselD34@michigan.gov>; McCann, Amber (AG) <McCannA@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

███████████████████████████████████████████████████████

---

**From:** Nessel, Dana (AG) ███████████████
**Sent:** Tuesday, March 16, 2021 9:49 AM
**To:** McCann, Amber (AG) <McCannA@michigan.gov>; Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>
**Subject:** Re: Response to Flint/Runestad Q

███████████████████████████████████████████████████████

---

**From:** McCann, Amber (AG) <McCannA@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:31:02 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>; Nessel, Dana (AG) <████████████████; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

The clean suggestion below:

███████████████████████████████████████████████████████

Amber McCann
Special Projects Director
Michigan Department of Attorney General
Office of Public Information & Education
Ph. 517-281-6676 (cell)

---

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:30 AM
**To:** Grossi, Christina (AG) <GrossiC@michigan.gov>; Nessel, Dana (AG) ███████████████ Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>
**Cc:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

███████████████████████████████████████████████████████

---

**From:** Grossi, Christina (AG) <GrossiC@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:29 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>; Nessel, Dana (AG) ███████████████ Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>

**Cc:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** Re: Response to Flint/Runestad Q

████████████████████████████████████████████████████████████

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:27:35 AM
**To:** Nessel, Dana (AG) <███████████████>; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>
**Cc:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** FW: Response to Flint/Runestad Q

Amber & I worked on shortening the Flint/Runestad statement down to the response below – ████████████
████████████████████████████████████████████████████████████

Please review and advise as I need to get this to the Freep this morning.  Thanks!

**From:** McCann, Amber (AG) <McCannA@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:24 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

I like that.  I think you can shorten the response even further to:

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

Amber McCann
Special Projects Director
Michigan Department of Attorney General
Office of Public Information & Education
Ph. 517-281-6676 (cell)

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:12 AM
**To:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

████████████████████████████████████████

**From:** Rossman-McKinney, Kelly (AG)
**Sent:** Tuesday, March 16, 2021 9:11 AM
**To:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

███████████████████████████████████████████

---

**From:** Rossman-McKinney, Kelly (AG)
**Sent:** Tuesday, March 16, 2021 9:08 AM
**To:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q
**Importance:** High

How about this – a shorter version?

███████████████████████████████████████████

---

**From:** Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>
**Sent:** Tuesday, March 16, 2021 8:53 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

Christina's edits.

███████████████████████████████████████████

---

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Sent:** Tuesday, March 16, 2021 8:38 AM
**To:** Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>
**Subject:** Response to Flint/Runestad Q

I didn't get Christina's edits to Fadwa's recommended response.  Happy to discuss.  Thanks!

Date:       Tuesday, March 16 2021 12:07 PM

Subject:    RE: Response to Flint/Runestad Q

From:       Rossman-McKinney, Kelly (AG)

To:         Grossi, Christina (AG) <GrossiC@michigan.gov >; McCann, Amber (AG)
            <McCannA@michigan.gov >; Nessel, Dana (AG) ████████████████████; Hammoud, Fadwa
            (AG) <HammoudF1@michigan.gov >;

Yup – they asked for it last night.

---

**From:** Grossi, Christina (AG) <GrossiC@michigan.gov >
**Sent:** Tuesday, March 16, 2021 12:04 PM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >; McCann, Amber (AG) <McCannA@michigan.gov >;
Nessel, Dana (AG) ███████████████; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Subject:** RE: Response to Flint/Runestad Q

Has the FREEP asked or are we just sending this? ████████████████████████████
██████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████

---

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >
**Sent:** Tuesday, March 16, 2021 10:19 AM
**To:** McCann, Amber (AG) <McCannA@michigan.gov >; Nessel, Dana (AG) ██████████████████; Grossi, Christina (AG) <
GrossiC@michigan.gov >; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Subject:** RE: Response to Flint/Runestad Q
**Importance:** High

I will send this to the Freep as soon as we get sign off on this from the AG. Thanks!

---

**From:** McCann, Amber (AG) <McCannA@michigan.gov >
**Sent:** Tuesday, March 16, 2021 10:03 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >; Nessel, Dana (AG) ████████████████
Grossi, Christina (AG) <GrossiC@michigan.gov >; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov >
**Subject:** RE: Response to Flint/Runestad Q

How about this?

"The process for establishing criminal wrongdoing is the same for everyone in our state, regardless of their position. In the
case of Flint, the prosecution team established probable cause in order to obtain and review millions of documents before
indictments were issued based on existing Michigan laws.

In the case of Sen. Runestad's request, simply suggesting or suspecting there was criminal wrongdoing isn't sufficient.
Criminal investigations are initiated when there is cause to believe that crimes were committed. We would – and we will, if
appropriate – initiate a criminal investigation when there is cause to believe crimes were committed."


Amber McCann
Special Projects Director
Michigan Department of Attorney General
Office of Public Information & Education
Ph. 517-281-6676 (cell)

---

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov >
**Sent:** Tuesday, March 16, 2021 9:54 AM

**To:** Nessel, Dana (AG) ███████████████; McCann, Amber (AG) <McCannA@michigan.gov>; Grossi, Christina (AG) < GrossiC@michigan.gov>; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

███████████████████████████████████████████████████████

**From:** Nessel, Dana (AG) ███████████
**Sent:** Tuesday, March 16, 2021 9:49 AM
**To:** McCann, Amber (AG) <McCannA@michigan.gov>; Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>
**Subject:** Re: Response to Flint/Runestad Q

███████████████████████████████████████████████████████

**From:** McCann, Amber (AG) <McCannA@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:31:02 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>; Nessel, Dana (AG) <███████████████>; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

The clean suggestion below:

███████████████████████████████████████████████████████

Amber McCann
Special Projects Director
Michigan Department of Attorney General
Office of Public Information & Education
Ph. 517-281-6676 (cell)

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:30 AM
**To:** Grossi, Christina (AG) <GrossiC@michigan.gov>; Nessel, Dana (AG) <████████████████; Hammoud, Fadwa (AG) < HammoudF1@michigan.gov>
**Cc:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

███████████████████████████████████████████████████████

**From:** Grossi, Christina (AG) <GrossiC@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:29 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>; Nessel, Dana (AG) ███████████████
Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>
**Cc:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** Re: Response to Flint/Runestad Q

███████████████████████████████████████████████████████

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:27:35 AM
**To:** Nessel, Dana (AG) <████████████████████ Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>; Grossi, Christina (AG) <GrossiC@michigan.gov>
**Cc:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** FW: Response to Flint/Runestad Q

Amber & I worked on shortening the Flint/Runestad statement down to the response below – ████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████

Please review and advise as I need to get this to the Freep this morning.  Thanks!


**From:** McCann, Amber (AG) <McCannA@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:24 AM
**To:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

I like that.  I think you can shorten the response even further to:

████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████

Amber McCann
Special Projects Director
Michigan Department of Attorney General
Office of Public Information & Education
Ph. 517-281-6676 (cell)

**From:** Rossman-McKinney, Kelly (AG) <RossmanMcKinneyK@michigan.gov>
**Sent:** Tuesday, March 16, 2021 9:12 AM
**To:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

████████████████████████████████████████████████████

**From:** Rossman-McKinney, Kelly (AG)
**Sent:** Tuesday, March 16, 2021 9:11 AM
**To:** McCann, Amber (AG) <McCannA@michigan.gov>
**Subject:** RE: Response to Flint/Runestad Q

████████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████████

**From:** Rossman-McKinney, Kelly (AG)

**Sent:** Tuesday, March 16, 2021 9:08 AM
**To:** McCann, Amber (AG) <<u>McCannA@michigan.gov</u>>
**Subject:** RE: Response to Flint/Runestad Q
**Importance:** High

How about this – a shorter version?



---

**From:** Hammoud, Fadwa (AG) <<u>HammoudF1@michigan.gov</u>>
**Sent:** Tuesday, March 16, 2021 8:53 AM
**To:** Rossman-McKinney, Kelly (AG) <<u>RossmanMcKinneyK@michigan.gov</u>>; Grossi, Christina (AG) <<u>GrossiC@michigan.gov</u>>
**Subject:** RE: Response to Flint/Runestad Q

Christina's edits.



---

**From:** Rossman-McKinney, Kelly (AG) <<u>RossmanMcKinneyK@michigan.gov</u>>
**Sent:** Tuesday, March 16, 2021 8:38 AM
**To:** Hammoud, Fadwa (AG) <<u>HammoudF1@michigan.gov</u>>; Grossi, Christina (AG) <<u>GrossiC@michigan.gov</u>>
**Subject:** Response to Flint/Runestad Q

I didn't get Christina's edits to Fadwa's recommended response.  Happy to discuss.  Thanks!