UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD L. BAIRD,<br><br>　　　Plaintiff,<br><br>v.<br><br>DANA M. NESSEL, et al.,<br><br>　　　Defendants. | Case No. 24-11205<br><br>Honorable Robert J. White |

**STIPULATED ORDER EXTENDING DUE DATES FOR DEFENDANTS' RESPONSE BRIEFS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Defendants Fadwa A. Hammoud and Kym L. Worthy, Defendant Dana M. Nessel, and Plaintiff Richard L. Baird, by and through their respective counsel, stipulate and agree to extend the due dates for Defendants' response briefs to Plaintiff's motion for leave to file first amended complaint, ECF No. 25, by seven days. Defendants' response briefs shall now be due on September 12, 2024.

　　**SO ORDERED.**

Dated: August 30, 2024　　　　　　　　s/Robert J. White
　　　　　　　　　　　　　　　　　　　Robert J. White
　　　　　　　　　　　　　　　　　　　United States District Judge

**STIPULATED TO:**

Dated: August 29, 2024     /s/ *Michael B. Rizik Jr.*
                                                    Michael B. Rizik Jr. (P33431)
                                                    Attorney for Plaintiff

Dated: August 29, 2024     /s/ *Joshua S. Smith*
                                                    Joshua S. Smith (P63349)
                                                    Kristin M. Southerland (P64353)
                                                    Attorneys for Defendants
                                                    Hammoud and Worthy
                                                    Assistant Attorneys General
                                                    Michigan Dep't Attorney General

Dated: August 29, 2024     /s/ *Mark E. Donnelly w/permission*
                                                    Mark E. Donnelly (P39281)
                                                    Special Assistant Attorney General
                                                    Kyla L. Barranco (P81082)
                                                    Assistant Solicitor General
                                                    Attorneys for Defendant Nessel
                                                    Michigan Dep't of Attorney General