UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Baird,

                Plaintiff(s),

v.                                               Case No. 2:24−cv−11205−RJW−KGA

                                                          Hon. Robert J. White

Dana M Nessel, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Robert J. White at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 111. The following motion(s) are scheduled for hearing:

        Motion to Dismiss – #20
        Motion to Dismiss – #21
        Motion for Leave to File – #25

- MOTION HEARING: November 14, 2024 at 02:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/Tara Lynne Villereal
                                                    Case Manager

Dated: September 13, 2024