UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD L. BAIRD,<br><br>    Plaintiff,<br><br>v.<br><br>DANA M. NESSEL, FADWA A. HAMMOUD, and KYM L. WORTHY,<br><br>    Defendants. | Case No. 24-cv-11205<br><br>Honorable Robert J. White |

**STIPULATED ORDER EXTENDING RESPONSE DATES TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND TO EXCEED PAGE LIMIT FOR FILING BRIEFS**

Pursuant to the agreement of the parties, as evidenced by their attorneys' signatures contained below, the parties stipulate and agree to extend the due date for Plaintiff's Responses to Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint by twenty-one (21) days in order to accommodate the busy litigation schedules. Plaintiff's Responses shall now be due on Friday, February 14, 2025, and Defendants' Reply Briefs shall now be due on March 7, 2025.

Furthermore, the parties stipulate and agree that Plaintiff is allowed to exceed the page limit for filing Response Briefs to no more than thirty-five (35) pages and

1

agree that Defendants are allowed to exceed the page limit for filing Reply Briefs to no more than fifteen (15) pages.

SO ORDERED.

Dated: February 5, 2025          s/Robert J. White
                                          Robert J. White
                                          United States District Judge

**Stipulated to by:**

Dated: January 23, 2025          ***/s/ Michael B. Rizik, Jr.***
                                          Michael B. Rizik, Jr. (P33431)
                                          Attorney for Plaintiff

Dated: January 23, 2025          ***/s/ Michael W. Edmunds***
                                          Michael W. Edmunds (P55748)
                                          Co-counsel for Plaintiff

Dated: January 23, 2025          ***/s/ Nancy A. Temple***
                                          Nancy A. Temple (IL-6205448)
                                          Co-counsel for Plaintiff

Dated: January 23, 2025          ***/s/ Mark E. Donnelly***
                                          Mark E. Donnelly (P39281)
                                          Kyla Barranco (P81082)
                                          Attorneys for Defendant Nessel

Dated: January 23, 2025          ***/s/ Joshua S. Smith***
                                          Joshua S. Smith (P63349)
                                          Kristin M. Southerland (P64353)
                                          Attorneys for Defs Hammoud and Worthy