UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD L. BAIRD, </br></br> Plaintiff, </br></br> v. </br></br> DANA M. NESSEL, et al., </br></br> Defendants. | Case No. 24-cv-11205 </br></br> Honorable Robert J. White |

## STIPULATED ORDER STAYING DISCOVERY

Defendants Fadwa A. Hammoud, Kym L. Worthy, Dana M. Nessel, and Plaintiff Richard L. Baird, by and through their respective counsel, stipulate to the following:

1. On January 10, 2025, Defendants Hammoud and Worthy moved to stay discovery in this matter pending a final resolution of absolute immunity and qualified immunity, including all appeals.

2. At the time of filing, Plaintiff opposed the motion, as indicated at the January 8, 2025 status conference.

3. Plaintiff no longer opposes the motion to stay discovery pending a final resolution of absolute immunity and qualified immunity, including all appeals.

4. Accordingly, discovery is stayed as to all parties pending a final resolution of absolute immunity and qualified immunity, including all appeals.

SO ORDERED.

Dated: February 5, 2025          s/Robert J. White
                                              Robert J. White
                                              United States District Judge

Stipulated to by:

Dated: January 24, 2025         */s/ Michael B. Rizik, Jr. (w/permission)*
                                              Michael B. Rizik Jr. (P33431)
                                              Attorney for Plaintiff

Dated: January 24, 2025         */s/ Joshua S. Smith*
                                              Joshua S. Smith (P63349)
                                              Attorney for Defendants Hammoud & Worthy
                                              Assistant Attorney General
                                              Michigan Dept. Attorney General

Dated: January 24, 2025         */s/ Kayla L. Barranco (w/permission)*
                                              Kyla L. Barranco (P81082)
                                              Assistant Solicitor General

                                              */s/ Mark E. Donnelly (w/permission)*
                                              Mark E. Donnelly (P39281)
                                              Special Assistant Attorney General

                                              Attorneys for Defendant Nessel
                                              Michigan Dept. of Attorney General